UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Terri Lynn Dunbar,
Plaintiff,

vs. CA 06 328 T

Omni Credit Services of Florida, Inc.,
Defendant.

---

**Request To Extend Answer Date**

The parties being engaged in settlement discussions, and no extension having been previously granted, pursuant to Local Rule 29, the Plaintiff hereby requests the time within which the Defendant has to file an answer and or file a responsive pleading be extended to September 24, 2006.

Terri Lynn Dunbar,
By her Attorney,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on 8/14/06, a) this document was filed with the Court electronically and is available for viewing and downloading using the ECF system, and b) that it was served on the following via e-mail:

Gregory Straub, Esq.
Omni Credit Services
4710 Eisenhower Boulevard, #B-3

Tampa, FL 33634
Phone (262) 784-0200
gstraub@omnicredit.net

/s/ John T. Longo

John T. Longo, Esq./#4928