UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Terri Lynn Dunbar,
Plaintiff,

vs. CA 06 328 T

Omni Credit Services of Florida, Inc.,
Defendant.

---

**Request To Extend Answer Date**

The parties being engaged in settlement discussions, and no extension having been previously granted, pursuant to Local Rule 29, the Plaintiff hereby requests the time within which the Defendant has to file an answer and or file a responsive pleading be extended to September 24, 2006.

Terri Lynn Dunbar,
By her Attorney,

/s/______________________
John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on 8/14/06, a copy of this Request, was sent, via e-mail to gstraub@omnicredit.net

/s/______________________
John T. Longo, Esq./#4928

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
8/16/2006